United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 19-03609-MJC

Carol Marie Brown-Papp     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jan 24, 2025     Form ID: pdf010     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Marie Brown-Papp, 443 East State Street, Larksville, PA 18651-1406 |
| aty | + | Paul J Fanelli, The Pincus Law Group, PLLC, 2929 Arch Street, Suite 1700, Philadelphia, PA 19104-7327 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill WAllack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| 5238707 | | Behavioral Health Services- Wyoming Vlly, PO Box 415625, Boston MA 02241-5625 |
| 5238711 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5238715 | + | Enhanced Recovery Company LLC, PO Box 23870, Jacksonville FL 32241-3870 |
| 5238717 | | Geisinger, PO Box 983148, Boston MA 02298-3142 |
| 5238719 | | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5238721 | | Monarch Recovery Management Inc, PO Box 21089, Philadelphia PA 19114-0589 |
| 5238723 | | Nationwide, 1000 Aldeman Drive, Alpharetta GA 30005-4101 |
| 5238722 | | Nationwide, PO Box 13958, Philadelphia PA 19101-3958 |
| 5238724 | | Nationwide, 5525 Parkcenter Circle, Attn: Claire Mclaughlin, CO-03-05, Dublin OH 43017-3584 |
| 5238726 | | Pennsylvania Physicians Services, PO Box 19000, Belfast ME 04915 |
| 5238727 | + | Pennsylvania Physicians Services, Attn #21113R, PO Box 14000, Belfast ME 04915-4033 |
| 5238728 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5238729 | | ProCo, PO Box 2462, Aston PA 19014-0462 |
| 5238730 | | Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati OH 45274-0039 |
| 5238732 | | UFCW Federal Credit Union, 977 Wyoming Ave., Wtoming, PA 18644 |
| 5238735 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18702-2634 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 18:59:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5242489 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 19:01:45 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5238709 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 24 2025 18:51:00 | Cenlar FSB, PO Box 77404, Ewing NJ 08628 |
| 5238712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2025 18:51:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 5238708 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 19:25:19 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5238710 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2025 18:51:00 | Comenity Capital Bank Big Lots, PO Box 182120, Columbus OH 43218-2120 |
| 5238713 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2025 18:59:36 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5238714 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 18:51:00 | Discover Bank, 12 Reads Way, New Castle DE |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 19720 |
| 5243618 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5238718 | | Email/Text: bankruptcy@glsllc.com | Jan 24 2025 18:51:00 | Global Lending Services, PO Box 10437, Greenville SC 29603 |
| 5255455 | | Email/Text: bankruptcy@glsllc.com | Jan 24 2025 18:51:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5238716 | ^ | MEBN | Jan 24 2025 18:42:59 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5256318 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 19:00:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5238720 | | Email/Text: compliance@monarchrm.com | Jan 24 2025 18:51:00 | Monarch Recovery Management Inc, 3260 Tillman Dr Suite 75, Bensalem, PA 19020 |
| 5238725 | + | Email/PDF: cbp@omf.com | Jan 24 2025 19:14:10 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5249510 | + | Email/PDF: cbp@omf.com | Jan 24 2025 18:59:36 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5283254 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5262601 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:51:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5283255 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5262600 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5262599 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5239092 | ^ | MEBN | Jan 24 2025 18:43:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5238731 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 19:00:40 | Synchrony Bank JC Penny, PO Box 965007, Orlando FL 32896-5007 |
| 5420922 | | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2025 18:51:00 | U.S. Bank National Association, Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5420923 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2025 18:51:00 | U.S. Bank National Association, Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826, U.S. Bank National Association 29603-0826 |
| 5378532 | | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2025 18:51:00 | U.S. Bank National Association Trustee (See 410), c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 5264779 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2025 18:51:00 | U.S. Bank National Association et al, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5262173 | | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 18:59:35 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5238733 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 24 2025 18:51:00 | Webbank Fingerhut, 6250 Ridgewod Road, Saint Cloud MN 56303-0820 |
| 5238734 | | Email/Text: BKRMailOps@weltman.com | | |

| | | Jan 24 2025 18:51:00 | Weltman Weinberg & Reis, 325 Chestnut Street, Suite 501, Phildelphia PA 19106-2605 |
| --- | --- | --- | --- |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5379009 | * | U.S. Bank National Association Trustee (See 410), c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 5238706 | ##+ | Attorney Benjamin W Lawrence, Mintzer Sarowitz Zeris Ledva & Meyers, Centre Square, West Tower, 1500 Market Street, Suite 4100, Philadelphia, PA 19102-2159 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 26, 2025 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Angela C. Pattison | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII c/o Hill Wallack LLP apattison@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association et al c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL2* bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Carol Marie Brown-Papp zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

John Fisher
    on behalf of Debtor 1 Carol Marie Brown-Papp johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Kristin Ann Zilberstein
    on behalf of Creditor U.S. Bank National Association et al c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing bankruptcy@zbslaw.com kzilberstein@zbslaw.com;kzilberstein_534@ecf.courtdrive.com

Laura Egerman
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAROL MARIE BROWN PAPP : Case No. 5:19-bk-03609-MJC
AKA CAROL MARIE BROWN :
      Debtor : Chapter 13
       :

## ORDER

Upon consideration of Debtor's Motion to Dismiss Chapter 13 Case, Dkt. # 51 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above captioned case is **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 23, 2025